# IN THE SUPREME COURT OF PENNSYLVANIA

IN THE MATTER OF:

PHILLIP F. DRINKWATER III A/K/A
PHILLIP FRANCIS DRINKWATER III

: No. 2774 Disciplinary Docket No. 3
:
: No. 7 DB 2021
:
: (Supreme Court of New Jersey, D-156
: September Term 2019)
:
: Attorney Registration. No. 62058
:
: (Out of State)

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of April, 2021, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Phillip F. Drinkwater, III, a/k/a Phillip Francis Drinkwater, III, is suspended from the practice of law for a period of six months in the Commonwealth of Pennsylvania, reciprocal to a suspension of the same length imposed in New Jersey. He shall comply with all the provisions of Pa.R.D.E. 217.